[redacted]

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE GRAND JURY SUBPOENAS AND NONDISCLOSURE ORDER BEARING USAO CASE # 2026R00046 | Case No.<br>**FILED UNDER SEAL** |

RECEIVED
MAY 05 2026
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**GOOGLE LLC'S NOTICE OF MOTION AND MOTION TO VACATE OR MODIFY NONDISCLOSURE ORDER AND TO STAY COMPLIANCE WITH SUBPOENAS**

TO: Kristian C. Weir, Assistant United States Attorney, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that Google LLC will bring the motion below for a hearing before the Honorable________________, at the United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415 on _____________ (or at a date and time to be determined).

**MOTION**

Google LLC ("Google") respectfully moves this Court for an Order vacating or modifying the Nondisclosure Order ("NDO") issued pursuant to 18 U.S.C. § 2705(b) by Magistrate Judge Jon T. Huseby on January 29, 2026. Google also respectfully moves to stay Google's obligation to comply with the grand jury subpoenas to which the NDO was attached until the Court has resolved the issues raised in this motion—and in the event the NDO is vacated or modified—for a 14-day period after Google has provided notice to the subjects of the subpoenas. Google respectfully requests that the Court set a briefing

schedule on this motion that permits Google to file a reply brief responding to any arguments that the government raises in response to the motion. Google also respectfully requests that the Court set a hearing on this motion.

In support of this motion, Google submits the accompanying Memorandum, Declaration of Ari Holtzblatt, and attached exhibits.

Dated: May 5, 2026

Respectfully submitted,

*/s/ Joseph T. Dixon*

Joseph T. Dixon, III, MN Bar No. 0283903
FREDRIKSON & BYRON P.A.
60 South Sixth Street, Suite 1500
Minneapolis, MN 55402-4400
Tel: (612) 492-7000
Fax: (612) 492-7077
jdixon@fredlaw.com

Ari Holtzblatt*
WILMER CUTLER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Tel: (202) 663-6000
Fax: (202) 663-6363
Ari.Holtzblatt@wilmerhale.com

Claire Guehenno*
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007

Tel: (212) 230-8800
Fax: (212) 230-8888
Claire.Guehenno@wilmerhale.com

*Counsel for Google LLC*

*Pro hac vice application forthcoming