**CERTIFICATE OF SERVICE**

I hereby certify that, on May 5, 2026, I caused the foregoing motion to be served in person upon:

Kristian C. Weir, Assistant United States Attorney, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415

*/s/ Joseph T. Dixon*

Joseph T. Dixon, III, MN Bar No. 0283903
FREDRIKSON & BYRON P.A.
60 South Sixth Street, Suite 1500
Minneapolis, MN 55402-4400
Tel: (612) 492-7000
Fax: (612) 492-7077
jdixon@fredlaw.com

*Counsel for Google LLC*

RECEIVED
MAY 05 2026
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA