[redacted]

RECEIVED
MAY 05 2026
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE GRAND JURY SUBPOENAS AND NONDISCLOSURE ORDER BEARING USAO CASE # 2026R00046 | Case No.<br>**FILED UNDER SEAL** |

**DECLARATION OF ARI HOLTZBLATT IN SUPPORT OF GOOGLE LLC'S MOTION TO VACATE OR MODIFY NONDISCLOSURE ORDER AND TO STAY COMPLIANCE WITH SUBPOENAS**

I, Ari Holtzblatt, declare and state the following:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP and counsel for Google LLC ("Google") in this action. I am a member in good standing of the District of Columbia bar, and my *pro hac vice* application is forthcoming. I submit this declaration in support of Google's motion to vacate or modify nondisclosure order and to stay compliance with subpoenas. I have personal knowledge of the facts set forth herein, including based on my review of the documents referenced herein. If called as a witness, I could and would competently testify to the matters stated herein.

2. Attached as **Exhibit 1** is a true and correct copy of a nondisclosure order pursuant to 18 U.S.C. § 2705(b) issued by Magistrate Judge Jon T. Huseby and dated January 29, 2026.

3. Attached as **Exhibit 2** is a true and correct copy of a Homeland Security Investigations administrative subpoena dated April 3, 2026.

4. Attached as **Exhibit 3** is a true and correct copy of grand jury subpoena

#2026R00046-0010, dated April 9, 2026.

5. Attached as **Exhibit 4** is a true and correct copy of grand jury subpoena #2026R00046-0019, dated April 14, 2026.

6. Attached as **Exhibit 5** is a true and correct copy of grand jury subpoena #2026R00046-0021, dated April 14, 2026.

7. Attached as **Exhibit 6** is a true and correct copy of grand jury subpoena #2026R00046-0022, dated April 14, 2026.

8. Attached as **Exhibit 7** is a true and correct copy of grand jury subpoena #2026R00046-0023, dated April 14, 2026.

9. Attached as **Exhibit 8** is a true and correct copy of grand jury subpoena #2026R00046-0024, dated April 14, 2026.

10. Attached as **Exhibit 9** is a true and correct copy of grand jury subpoena #2026R00046-0036, dated April 14, 2026.

11. Attached as **Exhibit 10** is a true and correct copy of grand jury subpoena #2026R00046-0037, dated April 14, 2026.

12. Attached as **Exhibit 11** is a true and correct copy of a social media post from the official account of Assistant Attorney General Harmeet Dhillon, "@AAGDhillon," dated January 18, 2026, as downloaded at my direction on May 4, 2026, from X Corp.'s website at https://x.com/AAGDhillon/status/2013003168179724426.

13. Attached as **Exhibit 12** is a true and correct copy of a social media post from the official account of then-Attorney General Pamela Bondi, "@AGPamBondi,"

dated January 22, 2026, as downloaded at my direction on May 4, 2026, from X Corp.'s website at https://x.com/AGPamBondi/status/2014344323706302566.

14. Attached as **Exhibit 13** is a true and correct copy of a social media post from the official account of then-Attorney General Pamela Bondi, "@AGPamBondi," dated January 22, 2026, as downloaded at my direction on May 4, 2026, from X Corp.'s website at https://x.com/AGPamBondi/status/2014349963132543319?s=20.

15. Attached as **Exhibit 14** is a true and correct copy of a social media post from the official account of then-Secretary of Homeland Security Kristi Noem, "@KristiNoem," dated January 22, 2026, as downloaded at my direction on May 4, 2026, from X Corp.'s website at https://x.com/KristiNoem/status/2014358158588723399.

16. Attached as **Exhibit 15** is a true and correct copy of a social media post from the official account of then-Attorney General Pamela Bondi, "@AGPamBondi," dated January 22, 2026, as downloaded at my direction on May 4, 2026, from X Corp.'s website at https://x.com/AGPamBondi/status/2014399597335269553.

17. Attached as **Exhibit 16** is a true and correct copy of a Department of Homeland Security press release, entitled "DHS Arrests 3 Ringleaders of St. Paul Church Riot for Federal Crimes," dated January 23, 2026, as downloaded at my direction on May 4, 2026, from the Department of Homeland Security's website at https://www.dhs.gov/news/2026/01/23/dhs-arrests-3-ringleaders-st-paul-church-riot-federal-crimes.

18. Attached as **Exhibit 17** is a true and correct copy of a social media post from the official account of then-Attorney General Pamela Bondi, "@AGPamBondi,"

dated January 30, 2026, as downloaded at my direction on May 4, 2026, from X Corp.'s website at https://x.com/AGPamBondi/status/2017238803639845115.

19. Attached as **Exhibit 18** is a true and correct copy of a social media post from the official account of then-Attorney General Pamela Bondi, "@AGPamBondi," dated February 2, 2026, as downloaded at my direction on May 4, 2026, from X Corp.'s website at https://x.com/AGPamBondi/status/2018326184468058566.

20. Attached as **Exhibit 19** is a true and correct copy of a social media post from the official account of then-Attorney General Pamela Bondi, "@AGPamBondi," dated February 27, 2026, as downloaded at my direction on May 4, 2026, from X Corp.'s website at https://x.com/AGPamBondi/status/2027449934337696099.

21. Attached as **Exhibit 20** is a true and correct copy of an article entitled "Judge Rejects Justice Department's Initial Attempt To Bring Charges Against Don Lemon," dated January 22, 2026, as downloaded at my direction on May 4, 2026, from CNN's website at https://www.cnn.com/2026/01/22/politics/don-lemon-justice-department-minnesota.

22. Attached as **Exhibit 21** is a true and correct copy of an article entitled "Don Lemon Arrested Over Church Protest," dated January 30, 2026, as downloaded at my direction on May 5, 2026, from the Wall Street Journal's website at https://www.wsj.com/us-news/law/don-lemon-arrested-over-church-protest-942333ee.

23. Attached as **Exhibit 22** is a true and correct copy of an article entitled "Don Lemon Pleads Not Guilty in Minnesota Church Protest Case," dated February 13, 2026, as downloaded at my direction on May 4, 2026, from the New York Times's website at

https://www.nytimes.com/2026/02/13/us/don-lemon-plea-minnesota-church-protest-case.html.

24. Attached as **Exhibit 23** is a true and correct copy of an article entitled "Justice Dept. Charges 30 More People Over Anti-ICE Protest At Minnesota Church," dated February 27, 2026, as downloaded at my direction on May 4, 2026, from the Washington Times's website at https://www.washingtontimes.com/news/2026/feb/27/justice-department-charges-30-people-anti-ice-protest-minnesota.

25. Attached as **Exhibit 24** is a true and correct copy of an article entitled "A Journalist Filmed An ICE Protest At A Minnesota Church. Then Federal Agents Showed Up At Her Door," dated April 16, 2026, as downloaded at my direction on May 4, 2026, from the Guardian's website at https://www.theguardian.com/us-news/2026/apr/16/minnesota-journalist-charged-ice-protest.

26. Attached as **Exhibit 25** is a true and correct copy of webpage entitled "Requests for user information FAQs," as downloaded at my direction on May 4, 2026, from Google's website at https://support.google.com/transparencyreport/answer/9713961?hl=en.

27. Attached as **Exhibit 26** is a true and correct copy of a blog post from Google's President of Google's Global Affairs, Kent Walker, entitled "It's Time For More Transparency Around Government Data Demands," dated June 23, 2022, as downloaded at my direction on May 4, 2026, from Google's website at https://blog.google/company-news/outreach-and-initiatives/public-policy/its-time-for-

more-transparency-around-government-data-demands/.

28. Attached as **Exhibit 27** is a true and correct copy of an article entitled "U.S. Waged Secret Legal Battle To Obtain Emails of 4 Times Reporters," dated June 9, 2021, as downloaded at my direction on May 4, 2026, from the New York Times's website at https://www.nytimes.com/2021/06/04/us/politics/times-reporter-emails-gag-order-trump-google.html.

29. Attached as **Exhibit 28** is a true and correct copy of an article entitled "Google Resists U.S. Subpoena Of Search Data," dated January 20, 2006, as downloaded at my direction on May 4, 2026, from the New York Times's website at https://www.nytimes.com/2006/01/20/technology/google-resists-us-subpoena-of-search-data.html.

30. Attached as **Exhibit 29** is a true and correct copy of Justice Department Guidelines entitled "Supplemental Policy Regarding Applications for Protective Order Pursuant to 18 U.S.C. § 2705(b)," dated May 27, 2022, as downloaded at my direction on May 4, 2026, from the Justice Department's website at https://www.justice.gov/archives/dag/file/1221126-0/dl?inline.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 5th day of May 2026 in Washington, D.C.

By: ________________________________________
Ari Holtzblatt