[redacted]

# Exhibit 1

2026R00046

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| IN THE MATTER OF GRAND JURY SUBPOENAS TO OBTAIN RECORDS FROM SERVICE PROVIDERS | **Investigative – Filed Under Seal Pursuant To Local Rule 49.1(c)(1) and F.R. Cr. P. 6(e)** |
|---|---|

## NON-DISCLOSURE ORDER

The United States of America submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court enter a non-disclosure order commanding providers of electronic communication services, as defined by 18 U.S.C. § 2510(15), and/or remote computing services, as defined by 18 U.S.C. § 2711(2), (collectively, the "Service Providers"), not to notify any person (including the subscriber(s) or customer(s) of the account(s) identified in the subpoenas) of the existence of the grand jury subpoenas issued in this grand jury investigation for a one-year period.

Based on the application and the record before the Court, the Court determines that there is reason to believe that notification of the existence of these grand jury subpoenas will seriously jeopardize the investigation, including by causing flight from prosecution, causing the destruction of or tampering with evidence, and otherwise seriously jeopardizing the investigation. *See* 18 U.S.C. § 2705(b).

The Court further determines that a non-disclosure period of one year is appropriate due to the ongoing nature of the criminal investigation.

**IT IS THEREFORE ORDERED** under 18 U.S.C. § 2705(b) that the Service Providers, and their agents and employees, shall not disclose in any manner, directly or indirectly, the existence or contents of the aforementioned grand jury subpoenas,

the government's application, and this Non-Disclosure Order, to the subscriber(s) or customer(s) of the account(s) identified in the subpoenas, or to any other person or entity, **until January 28, 2027,** unless such non-disclosure period is extended by a further Order of the Court, except that the Service Providers may disclose the grand jury subpoenas and the Non-Disclosure Order to the Service Providers' respective attorneys for the purpose of receiving legal advice. This Non-Disclosure Order does not prevent the Service Providers from inquiring whether the nondisclosure provisions of the Order remain in effect.

**IT IS FURTHER ORDERED** that the government's application and this Order are sealed until further order of the Court. The United States may serve this Non-Disclosure Order on the Service Providers.

Date: January 29, 2026

*s/Jon T. Huseby*
JON T. HUSEBY
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MINNESOTA

# Exhibit 2

*Homeland Security Investigations*
*Office of the Special Agent in Charge*

**U.S. Department of Homeland Security**
SAC Saint Paul
1 Federal Drive,
Suite 1340
Fort Snelling, MN 55111

# Cover Sheet

**To:** YouTube (Google LLC)
901 Cherry Ave.
San Bruno, California 94066

**Date:** 4/3/2026

**Service Methods:** Email Only

**Carrier Fax:**

**Carrier Email:** legal@support.youtube.com

**Agent Phone:** (470) 990-3427

**Agent Email:** Grayson.S.Cooper@hsi.dhs.gov

**From:** Grayson Cooper

☐ **Urgent** ☐ **Action** ☐ **Concurrence** ☐ **FYI**

**Comments:**

Attached is subpoena/summons #: HSI-MS-2026-045211-001

Please respond by 4/17/2026 8:00 AM

| | |
|---|---|
| 1. To (Name, Address, City, State, Zip Code)<br>YouTube (Google LLC)<br>901 Cherry Ave.<br>San Bruno, California 94066 | DEPARTMENT OF HOMELAND SECURITY<br><br>**SUMMONS**<br><br>To Appear and/or Produce Records<br>19 U.S.C. § 1509 |
| Summons Number: HSI-MS-2026-045211-001 | |

By the service of this summons upon you, **YOU ARE HEREBY SUMMONED AND REQUIRED TO:**

| | | |
|---|---|---|
| **(A)** | ☐ | **APPEAR** before the U.S. Customs and Border Protection (CBP) Officer or U.S. Immigration and Customs Enforcement (HSI) Special Agent named in Block 2 at the place, date, and time indicated to testify and give information. |
| **(B)** | ☐ | **PRODUCE** the records (including statements, declarations, and other documents) indicated in Block 3 before the CBP Officer or HSI Special Agent named in Block 2 at the place, date, and time indicated. |

Your testimony and/or production of the indicated records is required in connection with an investigation or inquiry to ascertain the correctness of entries, to determine the liability for duties, taxes, fines, penalties, or forfeitures, and/or to ensure compliance with the laws or regulations administered by CBP and HSI.

Failure to comply with this summons will render you liable to proceedings in a U.S. District Court to enforce compliance with this summons as well as other sanctions.

| 2. (A) CBP Officer or HSI Special Agent | | | (B) Date and Time |
|---|---|---|---|
| Name<br>Title<br>Address | Grayson Cooper<br>Special Agent<br>1100 Centre Parkway<br>East Point, GA 30344<br>United States | Telephone<br><br>(470) 990-3427<br>Fax | 4/17/2026 8:00 AM |
| 3. Records required to be produced for inspection<br><br>Please see attached continuation page. | | | |

*You are requested not to disclose the existence of this summons for an indefinite period of time. Any such disclosure will impede the investigation and thereby interfere with the enforcement of federal law.*

Issued under authority of section 509, Tariff Act of 1930, as amended by Pub. L. No. 95-410 (19 U.S.C. § 1509); 44 F.R. 2217; Homeland Security Act of 2002.

| | |
|---|---|
| 4. Name of person authorized to service this summons or any other CBP Officer or HSI Special Agent Grayson Cooper | 5. Date of issue - 4/3/2026 5:44 PM Eastern<br><br>By: [signature] |
| If you have any questions regarding this summons, contact the CBP Officer or HSI Special Agent identified in Block 2 | 6. Name, title, address, and telephone number of person issuing this summons<br><br>Name: Steven Schrank<br>Title: Special Agent in Charge<br>Address: Homeland Security Investigations<br>1 Federal Drive<br>Fort Snelling, MN 55111<br>United States<br><br>Telephone: (646) 335-7753 |

Digitally Signed by: 'E=Title-IIISupport@ice.dhs.gov, CN=Homeland Security Investigations, O=Homeland Security Invest
Date: 2026.04.03 21:45:11 +00:00

| | | |
|---|---|---|
| 1. | To (Name, Address, City, State, Zip Code)<br>YouTube (Google LLC)<br>901 Cherry Ave.<br>San Bruno, California 94066 | DEPARTMENT OF HOMELAND SECURITY<br><br>**SUMMONS (Continuation)**<br><br>To Appear and/or Produce Records<br>19 U.S.C. § 1509 |

Summons Number: HSI-MS-2026-045211-001

3. Records required to be produced for inspection (continued)

The following applies if checked:

| | |
|---|---|
| ☐ | **Child Exploitation:** This subpoena is in regard to an investigation involving Child Exploitation and/or transmission of Child Pornography via the internet. Please do not disclose/notify the user of the issuance of this subpoena. Disclosure to the user could impede an investigation or obstruct justice. |

Please provide subscriber information, subscriber names, and IP address information associated with the accounts that posted the following videos:

@BGOnTheScene - https://www.youtube.com/watch?v=iWzc2x_IODI
@DemocracyNow - https://www.youtube.com/watch?v=e8_8c4qYkAs
@GeorgiaFort - https://www.youtube.com/watch?v=0HKKfct-C9c
@GeorgiaFort - https://www.youtube.com/shorts/2icXXKK5D4c
@inspirationnation4970 - https://www.youtube.com/watch?v=-PJbdb_vf3w
@iCkEdMeL - https://www.youtube.com/watch?v=vWRlP5Wr784
@TheDonLemonShow - https://www.youtube.com/watch?v=v4ctuhv-cck
@TheDonLemonShow - https://www.youtube.com/watch?v=OpuL1rCMJI4
@cristied711 - https://www.youtube.com/watch?v=duvetr2iOaE
@MtnMax - https://www.youtube.com/watch?v=8D6akU717WQ
@MegynKelly - https://www.youtube.com/watch?v=mdiBO1Q5yMM
@jsonline - https://youtu.be/U3sYELjRQA4?si=VM-_4I0jLbYGap0N

Please provide subscriber information, subscriber names, and IP address information associated with the accounts that posted the videos above.

**Method of Response:**

Preferred:

Return the requested records in an accessible data file format such as ".XLS", ".CSV", ".TXT", or ".PDF". The data file(s) should be delivered via e-mail to: Special Agent Timothy Gerber Timothy.M.Gerber@hsi.dhs.gov

NOTE: The HIS e-mail system limits incoming messages containing file attachments to 10 MB. For larger files send the summons response in multiple e-mail messages.

Alternates:

The records should be delivered to Special Agent Timothy Gerber at U.S. Immigration and Customs Enforcement:
1 Federal Drive , Fort Snelling, MN, 55111

If you have questions, please contact Special Agent Grayson Cooper at (470) 990-3427.

*You are requested not to disclose the existence of this summons for an indefinite period of time. Any such disclosure will impede the investigation and thereby interfere with the enforcement of federal law.*

**END OF DOCUMENT**

# Exhibit 3

Subpoena# 2026R00046-0010

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT

for the

District of Minnesota

## SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To: Google, LLC.
Google Legal
Investigations Support
1600 Amphitheatre Parkway,
Mountain View, CA, 94043
Phone Number: (844) 383-8524

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: | Date and Time: |
| --- | --- |
| U.S. COURTHOUSE, MINNEAPOLIS<br>300 SOUTH FOURTH STREET<br>MINNEAPOLIS, MN 55415 | 5/5/2026 09:00 AM |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

**See Attachment to the Grand Jury Subpoena**

**Compliance with this subpoena may be achieved by appearing before the Grand Jury on the date and time specified with the records; OR by providing the requested documents in ELECTRONIC FORMAT ONLY to timothy.m.gerber@hsi.dhs.gov referencing subpoena number 2026R00046-0010.**

Date: 4/9/2026

*CLERK OF COURT*

Kate M. Fogarty

Kate M. Fogarty, Clerk of Court

The name, address, e-mail, and telephone number of the United States Attorney, or Assistant United States Attorney, who requests this subpoena, are;

Kristian C. Weir, AUSA
300 South Fourth Street, Suite 600
Minneapolis, MN 55415

***Should you have any questions regarding this subpoena, please see page 3 for contact information specific to your question(s).***

Subpoena# 2026R00046-0010



## PROOF OF SERVICE

This subpoena for *(name of individual or organization)* ______________________________

was received by me on *(date)* ________________.

❒ I served the subpoena by delivering a copy to the named person as follows: ____________________

______________________________________________________________________

________________________________________________ on *(date)* ______________ ; or

❒ I returned the subpoena unexecuted because: ____________________________________________

______________________________________________________________________ .

I declare under penalty of perjury that this information is true.

Date: ________________

______________________________
*Server's Signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc:

Subpoena# 2026R00046-0010

## Attachment to the Grand Jury Subpoena

**COMPLIANCE**

The United States grand jury authorizes the custodian of the records, which are the subject of this grand jury subpoena *duces tecum*, to comply with this subpoena by providing the records as directed on this Attachment together with the completed and signed Certificate of Authenticity.

**All documents must be produced electronically.** If there is a compelling reason why the records cannot be provided electronically you must contact the requesting Agent to obtain approval.

CONFIDENTIALITY REQUEST. The United States grand jury requests that you not provide any information about this grand jury subpoena to third parties. Third parties include the affected customers and any person named in this grand jury subpoena. Any disclosure to third parties could impede the investigation being conducted and interfere with the enforcement of federal criminal law.

| CONTACT INFORMATION | |
|---|---|
| **Requesting AGENT** (regarding documents or items) | **Financial Officer** (reimbursement or invoicing) |
| Timothy M. Gerber<br>Homeland Security Investigations<br>timothy.m.gerber@hsi.dhs.gov<br>612-456-0800 | Daniel Schiller<br>612-664-5661<br>or<br>Sarah Baggott<br>612-664-5752 |

**STEPS TO COMPLIANCE**

- ❐ Read the Description of documents and/or items to be produced found on the next page of this Attachment.
- ❐ If you have questions about the documents or items being requested, contact the Requesting Agent.
- ❐ Pursuant to the right to Financial Privacy Act, Title 12, United States Code, Section 3415, financial institutions may be reimbursed for necessary costs actually incurred for copies of subpoenaed financial records. Reimbursement may only be made in connection with financial records pertaining to accounts of individuals or partnerships of five or fewer partners.
    - If eligible, determine if the documents or items can be produced for less than $200. If not, you must contact a Financial Officer listed above and obtain prior-approval for the additional amount.
- ❐ Produce the documents and other items in electronic format. You will not be reimbursed for items which are not produced in electronic format, or which are produced in an electronic format different from that specified in the included Guidelines For Electronic Documents, Audio, and Video, unless you have obtained prior-approval from the Requesting Agent.
- ❐ Complete and sign the Certificate of Authenticity, and include it with the produced documents and items.
- ❐ If you are eligible for reimbursement, complete and sign the form USA-211 or USA-212 included with this subpoena, and submit it to the address indicated in box 5 or e-mail to USAMN.Budget@usdoj.gov.
- ❐ Deliver the documents to the requesting AUSA named on the bottom of the first page of this subpoena, in person or to the email address timothy.m.gerber@hsi.dhs.gov

(continued on next page)

Subpoena# 2026R00046-0010

## *Attachment to the Grand Jury Subpoena - Continued*

Description of documents and/or items to be produced.

From date January 1, 2026 through present for any and all accounts (of any type, including but not limited to bank accounts, credit card accounts, mortgages and lines of credit) in the name, or for the benefit of the individual or entities listed in Section A below (including but not limited to the account numbers listed in section A below), please produce any and all documents and records, including but not limited to those set forth in Section B below:

**A. Individual/Entity/Account:**

YouTube

Accounts related to:

**Name**: Don LEMON
**Account**: @TheDonLemonShow
**Account link**: https://www.youtube.com/@TheDonLemonShow

**B. Records To Be Produced:**

1. Documents (checks, debit memos, cash in tickets, wires in, wires out, etc.) reflecting additions and/or subtractions to the account and how the account balances are being satisfied on a monthly basis;
2. Signature cards;
3. Proof of identification (copies of identification used to open the account);
4. Account opening applications;
5. Correspondence files (including correspondence with any regulatory or law enforcement authority);
6. Memoranda, notes or other records of telephone conversations (including conversations with any regulatory or law enforcement authority);
7. Internal memoranda and reports;
8. Currency transaction (IRS Forms 4789) and other required reports made to any regulatory or law enforcement authority;
9. Wire transfer records (incoming and outgoing);
10. Safe deposit records, including applications, signature cards, and sign-in records;
11. Trust accounts;
12. Monthly statements
13. Certified checks, cashiers' checks, money orders, and traveler's checks
14. Linked bank accounts to include checking or savings used for payments

## Subpoena response can be sent to the email below:

Special Agent Timothy Gerber
Homeland Security Investigations
1 Federal Drive, Suite 1340, Fort Snelling, MN 55111 / Cell: (612) 456-0800
**Email Address**: timothy.m.gerber@hsi.dhs.gov

Subpoena# 2026R00046-0010

## GUIDELINES FOR ELECTRONIC DOCUMENTS, AUDIO, AND VIDEO

You are providing items that will be electronically organized with other documents and files. To facilitate this process, and make the information you provide useful, it is important that the information be provided in **standard electronic format**.

### PREFERRED FORMAT FOR ELECTRONIC DOCUMENTS

- We strongly discourage you from providing the documents in proprietary formats that require the use of specialized software to decrypt, view, or export the documents into useable formats. If you must use this format see the guidelines below.
- Documents should be provided in native format (see table below.)
- If native format is not available, or is not in the table below as a preferred format, then provide documents in PDF or multi-page TIF format.
  - One PDF or TIF file per document.
  - No embedded files within PDF files.
  - Printing and editing of PDF files must not be restricted.
  - No proprietary viewers.
  - Encryption, if used, should be in WinZip, True Crypt, or PDF format.

| Type of Document | Preferred Format | Acceptable Format |
|---|---|---|
| Word Processor | DOC, DOCX, WPD, TXT | TXT, RTF, PDF, Multipage TIF |
| Spreadsheet | XLS, XLSX, CSV | |
| Email | PST, EML, MSG | |
| Database | PDF, TIF, JPG | |
| Pictures | JPG, PNG, TIFF, PDF | |

### PREFERRED FORMAT FOR AUDIO AND VIDEO FILES

- Do not provide audio or video in proprietary format that requires the use of specialized software to view or export the audio or video into useable formats.

| Type of Document | Preferred Format | Acceptable Format |
|---|---|---|
| Audio | WAV, MP3 | CDA(CD Audio Format) |
| Video | AVI, WMV, MPG | DVD Movie Format (AUDIO_TS and/or VIDEO_TS folders) |

### PROPRIETARY SOFTWARE FOR VIEWING DOCUMENTS, AUDIO, OR VIDEO FILES (if you must)

- **Do not** provide any items in any proprietary format that requires **the installation of software** on our computers.
- Standalone viewers that can run **without being installed** are acceptable **only if they provide an easy method for exporting the items into the standard electronic formats** indicated above. We prefer not to use the viewers as it takes substantially more time to review these documents.

### IF YOU CANNOT MEET THESE REQUIREMENTS, OR YOU HAVE QUESTIONS

Please contact the Requesting AUSA if you have questions or if there is a compelling reason why the electronic records cannot be provided in one of these formats.

Subpoena# 2026R00046-0010

# Certificate of Authenticity

Pursuant to Federal Rules of Evidence 803(6) and 902(11) regarding certified domestic records of regularly conducted activity, I hereby certify:

1. I am employed by ________________________________________("the Business") and am a person designated by the Business as a custodian of records with the authority to make this certificate.
2. I hereby certify that each memorandum, report, record, video and/or data compilation (collectively "document") herewith is a record made and retained by the Business.
3. I further certify that the information in each attached document was made at or near the time of the occurrence of the matters set forth, by or from information transmitted by, a person with knowledge of those matters.
4. I further certify that each attached document was kept in the course of the regularly conducted activity of the Business.
5. I further certify that it is the regular practice of the Business to make and retain each attached document.
6. Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Date: __________________

______________________________
Signature

______________________________
Name of Records Custodian

# Exhibit 4

Subpoena# 2026R00046-0019

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

## SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To: Google LLC (YouTube)
1600 Amphitheatre Parkway
Mountain View, CA 94043
844-383-8524

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: | Date and Time: |
|---|---|
| U.S. COURTHOUSE, MINNEAPOLIS<br>300 SOUTH FOURTH STREET<br>MINNEAPOLIS, MN 55415 | 5/5/2026 09:00 AM |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

**See Attachment to the Grand Jury Subpoena**

**Compliance with this subpoena may be achieved by appearing before the Grand Jury on the date and time specified with the records; OR by providing the requested documents in ELECTRONIC FORMAT ONLY to timothy.m.gerber@hsi.dhs.gov referencing subpoena number 2026R00046-0019.**

Date: 4/14/2026

*CLERK OF COURT*

Kate M. Fogarty, Clerk of Court

The name, address, e-mail, and telephone number of the United States Attorney, or Assistant United States Attorney, who requests this subpoena, are;

Kristian C. Weir, AUSA
300 South Fourth Street, Suite 600
Minneapolis, MN 55415

***Should you have any questions regarding this subpoena, please see page 3 for contact information specific to your question(s).***

Subpoena# 2026R00046-0019



## PROOF OF SERVICE

This subpoena for *(name of individual or organization)* ______________________________
was received by me on *(date)* ____________________.

❒ I served the subpoena by delivering a copy to the named person as follows: ____________________

______________________________________________________________

______________________________________ on *(date)* ________________ ; or

❒ I returned the subpoena unexecuted because: ______________________________

______________________________________________________________ .

I declare under penalty of perjury that this information is true.

Date: ____________________

______________________________
*Server's Signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc:

Subpoena# 2026R00046-0019

## *Attachment to the Grand Jury Subpoena*

**COMPLIANCE**

The United States grand jury authorizes the custodian of the records, which are the subject of this grand jury subpoena *duces tecum*, to comply with this subpoena by providing the records as directed on this Attachment together with the completed and signed Certificate of Authenticity.

**All documents must be produced electronically.** If there is a compelling reason why the records cannot be provided electronically you must contact the requesting Agent to obtain approval.

CONFIDENTIALITY REQUEST. The United States grand jury requests that you not provide any information about this grand jury subpoena to third parties. Third parties include the affected customers and any person named in this grand jury subpoena. Any disclosure to third parties could impede the investigation being conducted and interfere with the enforcement of federal criminal law.

| CONTACT INFORMATION | |
|---|---|
| **Requesting AGENT**<br>(regarding documents or items) | **Financial Officer**<br>(reimbursement or invoicing) |
| Timothy M. Gerber<br>Homeland Security Investigations<br>timothy.m.gerber@hsi.dhs.gov<br>612-456-0800 | Daniel Schiller<br>612-664-5661<br>or<br>Sarah Baggott<br>612-664-5752 |

**STEPS TO COMPLIANCE**

- ☐ Read the Description of documents and/or items to be produced found on the next page of this Attachment.
- ☐ If you have questions about the documents or items being requested, contact the Requesting Agent.
- ☐ Pursuant to the right to Financial Privacy Act, Title 12, United States Code, Section 3415, financial institutions may be reimbursed for necessary costs actually incurred for copies of subpoenaed financial records. Reimbursement may only be made in connection with financial records pertaining to accounts of individuals or partnerships of five or fewer partners.
    - If eligible, determine if the documents or items can be produced for less than $200. If not, you must contact a Financial Officer listed above and obtain prior-approval for the additional amount.
- ☐ Produce the documents and other items in electronic format. You will not be reimbursed for items which are not produced in electronic format, or which are produced in an electronic format different from that specified in the included Guidelines For Electronic Documents, Audio, and Video, unless you have obtained prior-approval from the Requesting Agent.
- ☐ Complete and sign the Certificate of Authenticity, and include it with the produced documents and items.
- ☐ If you are eligible for reimbursement, complete and sign the form USA-211 or USA-212 included with this subpoena, and submit it to the address indicated in box 5 or e-mail to USAMN.Budget@usdoj.gov.
- ☐ Deliver the documents to the requesting AUSA named on the bottom of the first page of this subpoena, in person or to the email address timothy.m.gerber@hsi.dhs.gov

(continued on next page)

Subpoena# 2026R00046-0019

## *Attachment to the Grand Jury Subpoena - Continued*

Description of documents and/or items to be produced.

From the date of inception through present for any and all accounts in the name, or for the individual or entities listed in Section A below, please produce any and all documents and records, including but not limited to those set forth in Section B below:

**A. Individual/Entity/Account:**

Accounts related to:

DawokeFarmer

**B. Records To Be Produced:**

1. Subscriber information
2. Subscriber name
3. IP address information
4. Associated subscriber payment information
5. Subscriber registration information
6. Associated subscriber email address(es) information
7. Associated subscriber phone number(s) information

## Subpoena response can be sent to the email below:

Special Agent Timothy Gerber
Homeland Security Investigations
1 Federal Drive, Suite 1340, Fort Snelling, MN 55111 / Cell: (612) 456-0800
**Email Address**: timothy.m.gerber@hsi.dhs.gov

## GUIDELINES FOR ELECTRONIC DOCUMENTS, AUDIO, AND VIDEO

You are providing items that will be electronically organized with other documents and files. To facilitate this process, and make the information you provide useful, it is important that the information be provided in standard electronic format.

### PREFERRED FORMAT FOR ELECTRONIC DOCUMENTS

- We strongly discourage you from providing the documents in proprietary formats that require the use of specialized software to decrypt, view, or export the documents into useable formats. If you must use this format see the guidelines below.
- Documents should be provided in native format (see table below.)
- If native format is not available, or is not in the table below as a preferred format, then provide documents in PDF or multi-page TIF format.
  - One PDF or TIF file per document.
  - No embedded files within PDF files.
  - Printing and editing of PDF files must not be restricted.
  - No proprietary viewers.
  - Encryption, if used, should be in WinZip, True Crypt, or PDF format.

| Type of Document | Preferred Format | Acceptable Format |
|---|---|---|
| Word Processor | DOC, DOCX, WPD, TXT | TXT, RTF, PDF, Multipage TIF |
| Spreadsheet | XLS, XLSX, CSV | |
| Email | PST, EML, MSG | |
| Database | PDF, TIF, JPG | |
| Pictures | JPG, PNG, TIFF, PDF | |

### PREFERRED FORMAT FOR AUDIO AND VIDEO FILES

- Do not provide audio or video in proprietary format that requires the use of specialized software to view or export the audio or video into useable formats.

| Type of Document | Preferred Format | Acceptable Format |
|---|---|---|
| Audio | WAV, MP3 | CDA(CD Audio Format) |
| Video | AVI, WMV, MPG | DVD Movie Format (AUDIO_TS and/or VIDEO_TS folders) |

### PROPRIETARY SOFTWARE FOR VIEWING DOCUMENTS, AUDIO, OR VIDEO FILES (if you must)

- Do not provide any items in any proprietary format that requires the installation of software on our computers.
- Standalone viewers that can run without being installed are acceptable only if they provide an easy method for exporting the items into the standard electronic formats indicated above. We prefer not to use the viewers as it takes substantially more time to review these documents.

### IF YOU CANNOT MEET THESE REQUIREMENTS, OR YOU HAVE QUESTIONS

Please contact the Requesting AUSA if you have questions or if there is a compelling reason why the electronic records cannot be provided in one of these formats.

Subpoena# 2026R00046-0019

# Certificate of Authenticity

Pursuant to Federal Rules of Evidence 803(6) and 902(11) regarding certified domestic records of regularly conducted activity, I hereby certify:

1. I am employed by ______________________________________(“the Business”) and am a person designated by the Business as a custodian of records with the authority to make this certificate.

2. I hereby certify that each memorandum, report, record, video and/or data compilation (collectively “document”) herewith is a record made and retained by the Business.

3. I further certify that the information in each attached document was made at or near the time of the occurrence of the matters set forth, by or from information transmitted by, a person with knowledge of those matters.

4. I further certify that each attached document was kept in the course of the regularly conducted activity of the Business.

5. I further certify that it is the regular practice of the Business to make and retain each attached document.

6. Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Date: ________________

______________________________
Signature

______________________________
Name of Records Custodian

# Exhibit 5

Subpoena# 2026R00046-0021

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT

for the

District of Minnesota

## SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To: Google LLC (YouTube)
1600 Amphitheatre Parkway
Mountain View, CA 94043
844-383-8524

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: | Date and Time: |
|---|---|
| U.S. COURTHOUSE, MINNEAPOLIS<br>300 SOUTH FOURTH STREET<br>MINNEAPOLIS, MN 55415 | 5/5/2026 09:00 AM |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

**See Attachment to the Grand Jury Subpoena**

**Compliance with this subpoena may be achieved by appearing before the Grand Jury on the date and time specified with the records; OR by providing the requested documents in ELECTRONIC FORMAT ONLY to timothy.m.gerber@hsi.dhs.gov referencing subpoena number 2026R00046-0021.**

Date: 4/14/2026

*CLERK OF COURT*

U.S. DISTRICT COURT — DISTRICT OF MINNESOTA

Kate M. Fogarty

Kate M. Fogarty, Clerk of Court

The name, address, e-mail, and telephone number of the United States Attorney, or Assistant United States Attorney, who requests this subpoena, are;

Kristian C. Weir, AUSA
300 South Fourth Street, Suite 600
Minneapolis, MN 55415

***Should you have any questions regarding this subpoena, please see page 3 for contact information specific to your question(s).***

Subpoena# 2026R00046-0021



## PROOF OF SERVICE

This subpoena for *(name of individual or organization)* ______________________________

was received by me on *(date)* ____________________.

☐ I served the subpoena by delivering a copy to the named person as follows: ____________________

______________________________________________________________

______________________________________________ on *(date)* ______________ ; or

☐ I returned the subpoena unexecuted because: ________________________________________

______________________________________________________________ .

I declare under penalty of perjury that this information is true.

Date: ____________________

______________________________
*Server's Signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc:

Subpoena# 2026R00046-0021

## *Attachment to the Grand Jury Subpoena*

**COMPLIANCE**

The United States grand jury authorizes the custodian of the records, which are the subject of this grand jury subpoena *duces tecum*, to comply with this subpoena by providing the records as directed on this Attachment together with the completed and signed Certificate of Authenticity.

**All documents must be produced electronically.** If there is a compelling reason why the records cannot be provided electronically you must contact the requesting Agent to obtain approval.

CONFIDENTIALITY REQUEST. The United States grand jury requests that you not provide any information about this grand jury subpoena to third parties. Third parties include the affected customers and any person named in this grand jury subpoena. Any disclosure to third parties could impede the investigation being conducted and interfere with the enforcement of federal criminal law.

| CONTACT INFORMATION | |
|---|---|
| **Requesting AGENT**<br>(regarding documents or items) | **Financial Officer**<br>(reimbursement or invoicing) |
| Timothy M. Gerber<br>Homeland Security Investigations<br>timothy.m.gerber@hsi.dhs.gov<br>612-456-0800 | Daniel Schiller<br>612-664-5661<br>or<br>Sarah Baggott<br>612-664-5752 |

**STEPS TO COMPLIANCE**

- ☐ Read the Description of documents and/or items to be produced found on the next page of this Attachment.
- ☐ If you have questions about the documents or items being requested, contact the Requesting Agent.
- ☐ Pursuant to the right to Financial Privacy Act, Title 12, United States Code, Section 3415, financial institutions may be reimbursed for necessary costs actually incurred for copies of subpoenaed financial records. Reimbursement may only be made in connection with financial records pertaining to accounts of individuals or partnerships of five or fewer partners.
  - If eligible, determine if the documents or items can be produced for less than $200. If not, you must contact a Financial Officer listed above and obtain prior-approval for the additional amount.
- ☐ Produce the documents and other items in electronic format. You will not be reimbursed for items which are not produced in electronic format, or which are produced in an electronic format different from that specified in the included Guidelines For Electronic Documents, Audio, and Video, unless you have obtained prior-approval from the Requesting Agent.
- ☐ Complete and sign the Certificate of Authenticity, and include it with the produced documents and items.
- ☐ If you are eligible for reimbursement, complete and sign the form USA-211 or USA-212 included with this subpoena, and submit it to the address indicated in box 5 or e-mail to USAMN.Budget@usdoj.gov.
- ☐ Deliver the documents to the requesting AUSA named on the bottom of the first page of this subpoena, in person or to the email address timothy.m.gerber@hsi.dhs.gov

(continued on next page)

***Attachment to the Grand Jury Subpoena - Continued***

Description of documents and/or items to be produced.

From the date of inception through present for any and all accounts in the name, or for the individual or entities listed in Section A below, please produce any and all documents and records, including but not limited to those set forth in Section B below:

**A. Individual/Entity/Account:**

Google/YouTube

Accounts related to:

GeorgiaFort

**B. Records To Be Produced:**

1. Subscriber information
2. Subscriber name
3. IP address information
4. Associated subscriber payment information
5. Subscriber registration information
6. Associated subscriber email address(es) information
7. Associated subscriber phone number(s) information

## Subpoena response can be sent to the email below:

Special Agent Timothy Gerber
Homeland Security Investigations
1 Federal Drive, Suite 1340, Fort Snelling, MN 55111 / Cell: (612) 456-0800
**Email Address**: timothy.m.gerber@hsi.dhs.gov

Subpoena# 2026R00046-0021

## GUIDELINES FOR ELECTRONIC DOCUMENTS, AUDIO, AND VIDEO

You are providing items that will be electronically organized with other documents and files. To facilitate this process, and make the information you provide useful, it is important that the information be provided in standard electronic format.

### PREFERRED FORMAT FOR ELECTRONIC DOCUMENTS

- We strongly discourage you from providing the documents in proprietary formats that require the use of specialized software to decrypt, view, or export the documents into useable formats. If you must use this format see the guidelines below.
- Documents should be provided in native format (see table below.)
- If native format is not available, or is not in the table below as a preferred format, then provide documents in PDF or multi-page TIF format.
  - One PDF or TIF file per document.
  - No embedded files within PDF files.
  - Printing and editing of PDF files must not be restricted.
  - No proprietary viewers.
  - Encryption, if used, should be in WinZip, True Crypt, or PDF format.

| Type of Document | Preferred Format | Acceptable Format |
|---|---|---|
| Word Processor | DOC, DOCX, WPD, TXT | TXT, RTF, PDF, Multipage TIF |
| Spreadsheet | XLS, XLSX, CSV | |
| Email | PST, EML, MSG | |
| Database | PDF, TIF, JPG | |
| Pictures | JPG, PNG, TIFF, PDF | |

### PREFERRED FORMAT FOR AUDIO AND VIDEO FILES

- Do not provide audio or video in proprietary format that requires the use of specialized software to view or export the audio or video into useable formats.

| Type of Document | Preferred Format | Acceptable Format |
|---|---|---|
| Audio | WAV, MP3 | CDA(CD Audio Format) |
| Video | AVI, WMV, MPG | DVD Movie Format (AUDIO_TS and/or VIDEO_TS folders) |

### PROPRIETARY SOFTWARE FOR VIEWING DOCUMENTS, AUDIO, OR VIDEO FILES (if you must)

- Do not provide any items in any proprietary format that requires the installation of software on our computers.
- Standalone viewers that can run without being installed are acceptable only if they provide an easy method for exporting the items into the standard electronic formats indicated above. We prefer not to use the viewers as it takes substantially more time to review these documents.

### IF YOU CANNOT MEET THESE REQUIREMENTS, OR YOU HAVE QUESTIONS

Please contact the Requesting AUSA if you have questions or if there is a compelling reason why the electronic records cannot be provided in one of these formats.

Subpoena# 2026R00046-0021

# Certificate of Authenticity

Pursuant to Federal Rules of Evidence 803(6) and 902(11) regarding certified domestic records of regularly conducted activity, I hereby certify:

1. I am employed by ________________________________________("the Business") and am a person designated by the Business as a custodian of records with the authority to make this certificate.

2. I hereby certify that each memorandum, report, record, video and/or data compilation (collectively "document") herewith is a record made and retained by the Business.

3. I further certify that the information in each attached document was made at or near the time of the occurrence of the matters set forth, by or from information transmitted by, a person with knowledge of those matters.

4. I further certify that each attached document was kept in the course of the regularly conducted activity of the Business.

5. I further certify that it is the regular practice of the Business to make and retain each attached document.

6. Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Date: __________________

____________________________
Signature

____________________________
Name of Records Custodian

# Exhibit 6

Subpoena# 2026R00046-0022

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

## SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To: Google LLC (YouTube)
1600 Amphitheatre Parkway
Mountain View, CA 94043
844-383-8524

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: | Date and Time: |
|---|---|
| U.S. COURTHOUSE, MINNEAPOLIS<br>300 SOUTH FOURTH STREET<br>MINNEAPOLIS, MN 55415 | 5/5/2026 09:00 AM |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

**See <u>Attachment to the Grand Jury Subpoena</u>**

**Compliance with this subpoena may be achieved by appearing before the Grand Jury on the date and time specified with the records; OR by providing the requested documents in ELECTRONIC FORMAT ONLY to timothy.m.gerber@hsi.dhs.gov referencing subpoena number 2026R00046-0022.**

Date: 4/14/2026

*CLERK OF COURT*

U.S. DISTRICT COURT — DISTRICT OF MINNESOTA

Kate M. Fogarty

Kate M. Fogarty, Clerk of Court

The name, address, e-mail, and telephone number of the United States Attorney, or Assistant United States Attorney, who requests this subpoena, are;

Kristian C. Weir, AUSA
300 South Fourth Street, Suite 600
Minneapolis, MN 55415

***Should you have any questions regarding this subpoena, please see page 3 for contact information specific to your question(s).***

Subpoena# 2026R00046-0022

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury (Page 2)

## PROOF OF SERVICE

This subpoena for *(name of individual or organization)*______________________________
was received by me on *(date)* ____________________.

❒ I served the subpoena by delivering a copy to the named person as follows: ____________________

______________________________________________________________________

______________________________________________ on *(date)* ______________ ; or

❒ I returned the subpoena unexecuted because: ______________________________________

______________________________________________________________________ .

I declare under penalty of perjury that this information is true.

Date: ____________________

______________________________
*Server's Signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc:

Subpoena# 2026R00046-0022

## *Attachment to the Grand Jury Subpoena*

**COMPLIANCE**

The United States grand jury authorizes the custodian of the records, which are the subject of this grand jury subpoena *duces tecum*, to comply with this subpoena by providing the records as directed on this Attachment together with the completed and signed Certificate of Authenticity.

**All documents must be produced electronically.** If there is a compelling reason why the records cannot be provided electronically you must contact the requesting Agent to obtain approval.

CONFIDENTIALITY REQUEST. The United States grand jury requests that you not provide any information about this grand jury subpoena to third parties. Third parties include the affected customers and any person named in this grand jury subpoena. Any disclosure to third parties could impede the investigation being conducted and interfere with the enforcement of federal criminal law.

| CONTACT INFORMATION | |
|---|---|
| **Requesting AGENT**<br>(regarding documents or items) | **Financial Officer**<br>(reimbursement or invoicing) |
| Timothy M. Gerber<br>Homeland Security Investigations<br>timothy.m.gerber@hsi.dhs.gov<br>612-456-0800 | Daniel Schiller<br>612-664-5661<br>or<br>Sarah Baggott<br>612-664-5752 |

**STEPS TO COMPLIANCE**

- ☐ Read the Description of documents and/or items to be produced found on the next page of this Attachment.
- ☐ If you have questions about the documents or items being requested, contact the Requesting Agent.
- ☐ Pursuant to the right to Financial Privacy Act, Title 12, United States Code, Section 3415, financial institutions may be reimbursed for necessary costs actually incurred for copies of subpoenaed financial records. Reimbursement may only be made in connection with financial records pertaining to accounts of individuals or partnerships of five or fewer partners.
    - If eligible, determine if the documents or items can be produced for less than $200. If not, you must contact a Financial Officer listed above and obtain prior-approval for the additional amount.
- ☐ Produce the documents and other items in electronic format. You will not be reimbursed for items which are not produced in electronic format, or which are produced in an electronic format different from that specified in the included Guidelines For Electronic Documents, Audio, and Video, unless you have obtained prior-approval from the Requesting Agent.
- ☐ Complete and sign the Certificate of Authenticity, and include it with the produced documents and items.
- ☐ If you are eligible for reimbursement, complete and sign the form USA-211 or USA-212 included with this subpoena, and submit it to the address indicated in box 5 or e-mail to USAMN.Budget@usdoj.gov.
- ☐ Deliver the documents to the requesting AUSA named on the bottom of the first page of this subpoena, in person or to the email address timothy.m.gerber@hsi.dhs.gov

(continued on next page)

## *Attachment to the Grand Jury Subpoena - Continued*

Description of documents and/or items to be produced.

From the date of inception through present for any and all accounts in the name, or for the individual or entities listed in Section A below, please produce any and all documents and records, including but not limited to those set forth in Section B below:

**A. Individual/Entity/Account:**

**Name**: The username: inspirationnation4970

**B. Records To Be Produced:**

1. Subscriber information
2. Subscriber name
3. IP address information
4. Associated subscriber payment information
5. Subscriber registration information
6. Associated subscriber email address(es) information
7. Associated subscriber phone number(s) information

## Subpoena response can be sent to the email below:

Special Agent Timothy Gerber
Homeland Security Investigations
1 Federal Drive, Suite 1340, Fort Snelling, MN 55111 / Cell: (612) 456-0800
**Email Address**: timothy.m.gerber@hsi.dhs.gov

## GUIDELINES FOR ELECTRONIC DOCUMENTS, AUDIO, AND VIDEO

You are providing items that will be electronically organized with other documents and files. To facilitate this process, and make the information you provide useful, it is important that the information be provided in **standard electronic format**.

### PREFERRED FORMAT FOR ELECTRONIC DOCUMENTS

- We strongly discourage you from providing the documents in proprietary formats that require the use of specialized software to decrypt, view, or export the documents into useable formats. If you must use this format see the guidelines below.
- Documents should be provided in native format (see table below.)
- If native format is not available, or is not in the table below as a preferred format, then provide documents in PDF or multi-page TIF format.
    - One PDF or TIF file per document.
    - No embedded files within PDF files.
    - Printing and editing of PDF files must not be restricted.
    - No proprietary viewers.
    - Encryption, if used, should be in WinZip, True Crypt, or PDF format.

| Type of Document | Preferred Format | Acceptable Format |
|---|---|---|
| Word Processor | DOC, DOCX, WPD, TXT | TXT, RTF, PDF, Multipage TIF |
| Spreadsheet | XLS, XLSX, CSV | |
| Email | PST, EML, MSG | |
| Database | PDF, TIF, JPG | |
| Pictures | JPG, PNG, TIFF, PDF | |

### PREFERRED FORMAT FOR AUDIO AND VIDEO FILES

- Do not provide audio or video in proprietary format that requires the use of specialized software to view or export the audio or video into useable formats.

| Type of Document | Preferred Format | Acceptable Format |
|---|---|---|
| Audio | WAV, MP3 | CDA(CD Audio Format) |
| Video | AVI, WMV, MPG | DVD Movie Format (AUDIO_TS and/or VIDEO_TS folders) |

### PROPRIETARY SOFTWARE FOR VIEWING DOCUMENTS, AUDIO, OR VIDEO FILES (if you must)

- **Do not** provide any items in any proprietary format that requires **the installation of software** on our computers.
- Standalone viewers that can run **without being installed** are acceptable **only if they provide an easy method for exporting the items into the standard electronic formats** indicated above. We prefer not to use the viewers as it takes substantially more time to review these documents.

### IF YOU CANNOT MEET THESE REQUIREMENTS, OR YOU HAVE QUESTIONS

Please contact the Requesting AUSA if you have questions or if there is a compelling reason why the electronic records cannot be provided in one of these formats.

Subpoena# 2026R00046-0022

# Certificate of Authenticity

Pursuant to Federal Rules of Evidence 803(6) and 902(11) regarding certified domestic records of regularly conducted activity, I hereby certify:

1. I am employed by ________________________________________("the Business") and am a person designated by the Business as a custodian of records with the authority to make this certificate.

2. I hereby certify that each memorandum, report, record, video and/or data compilation (collectively "document") herewith is a record made and retained by the Business.

3. I further certify that the information in each attached document was made at or near the time of the occurrence of the matters set forth, by or from information transmitted by, a person with knowledge of those matters.

4. I further certify that each attached document was kept in the course of the regularly conducted activity of the Business.

5. I further certify that it is the regular practice of the Business to make and retain each attached document.

6. Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Date: _________________

____________________________
Signature

____________________________
Name of Records Custodian

# Exhibit 7

Subpoena# 2026R00046-0023

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

## SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To: Google LLC (YouTube)
1600 Amphitheatre Parkway
Mountain View, CA 94043
844-383-8524

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: | Date and Time: |
|---|---|
| U.S. COURTHOUSE, MINNEAPOLIS<br>300 SOUTH FOURTH STREET<br>MINNEAPOLIS, MN 55415 | 5/5/2026 09:00 AM |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

**See Attachment to the Grand Jury Subpoena**

**Compliance with this subpoena may be achieved by appearing before the Grand Jury on the date and time specified with the records; OR by providing the requested documents in ELECTRONIC FORMAT ONLY to timothy.m.gerber@hsi.dhs.gov referencing subpoena number 2026R00046-0023.**

Date: 4/14/2026

*CLERK OF COURT*

U.S. DISTRICT COURT DISTRICT OF MINNESOTA

Kate M. Fogarty

Kate M. Fogarty, Clerk of Court

The name, address, e-mail, and telephone number of the United States Attorney, or Assistant United States Attorney, who requests this subpoena, are;

Kristian C. Weir, AUSA
300 South Fourth Street, Suite 600
Minneapolis, MN 55415

***Should you have any questions regarding this subpoena, please see page 3 for contact information specific to your question(s).***

Subpoena# 2026R00046-0023



## PROOF OF SERVICE

This subpoena for *(name of individual or organization)* ____________________
was received by me on *(date)* ____________.

❒ I served the subpoena by delivering a copy to the named person as follows: ____________________

____________________________________________________________

____________________________________ on *(date)* ____________ ; or

❒ I returned the subpoena unexecuted because: ____________________

____________________________________________________________.

I declare under penalty of perjury that this information is true.

Date: ____________

____________________________
*Server's Signature*

____________________________
*Printed name and title*

____________________________
*Server's address*

Additional information regarding attempted service, etc:

Subpoena# 2026R00046-0023

## Attachment to the Grand Jury Subpoena

**COMPLIANCE**

The United States grand jury authorizes the custodian of the records, which are the subject of this grand jury subpoena *duces tecum*, to comply with this subpoena by providing the records as directed on this Attachment together with the completed and signed Certificate of Authenticity.

**All documents must be produced electronically.** If there is a compelling reason why the records cannot be provided electronically you must contact the requesting Agent to obtain approval.

CONFIDENTIALITY REQUEST. The United States grand jury requests that you not provide any information about this grand jury subpoena to third parties. Third parties include the affected customers and any person named in this grand jury subpoena. Any disclosure to third parties could impede the investigation being conducted and interfere with the enforcement of federal criminal law.

| CONTACT INFORMATION | |
|---|---|
| **Requesting AGENT** (regarding documents or items) | **Financial Officer** (reimbursement or invoicing) |
| Timothy M. Gerber<br>Homeland Security Investigations<br>timothy.m.gerber@hsi.dhs.gov<br>612-456-0800 | Daniel Schiller<br>612-664-5661<br>or<br>Sarah Baggott<br>612-664-5752 |

**STEPS TO COMPLIANCE**

- ☐ Read the Description of documents and/or items to be produced found on the next page of this Attachment.
- ☐ If you have questions about the documents or items being requested, contact the Requesting Agent.
- ☐ Pursuant to the right to Financial Privacy Act, Title 12, United States Code, Section 3415, financial institutions may be reimbursed for necessary costs actually incurred for copies of subpoenaed financial records. Reimbursement may only be made in connection with financial records pertaining to accounts of individuals or partnerships of five or fewer partners.
    - If eligible, determine if the documents or items can be produced for less than $200. If not, you must contact a Financial Officer listed above and obtain prior-approval for the additional amount.
- ☐ Produce the documents and other items in electronic format. You will not be reimbursed for items which are not produced in electronic format, or which are produced in an electronic format different from that specified in the included Guidelines For Electronic Documents, Audio, and Video, unless you have obtained prior-approval from the Requesting Agent.
- ☐ Complete and sign the Certificate of Authenticity, and include it with the produced documents and items.
- ☐ If you are eligible for reimbursement, complete and sign the form USA-211 or USA-212 included with this subpoena, and submit it to the address indicated in box 5 or e-mail to USAMN.Budget@usdoj.gov.
- ☐ Deliver the documents to the requesting AUSA named on the bottom of the first page of this subpoena, in person or to the email address timothy.m.gerber@hsi.dhs.gov

(continued on next page)

Subpoena# 2026R00046-0023

## *Attachment to the Grand Jury Subpoena - Continued*

Description of documents and/or items to be produced.

From the date of inception through present for any and all accounts in the name, or for the individual or entities listed in Section A below, please produce any and all documents and records, including but not limited to those set forth in Section B below:

**A. Individual/Entity/Account:**

**Name**: The username: mtnmax

**B. Records To Be Produced:**

1. Subscriber information
2. Subscriber name
3. IP address information
4. Associated subscriber payment information
5. Subscriber registration information
6. Associated subscriber email address(es) information
7. Associated subscriber phone number(s) information

## Subpoena response can be sent to the email below:

Special Agent Timothy Gerber
Homeland Security Investigations
1 Federal Drive, Suite 1340, Fort Snelling, MN 55111 / Cell: (612) 456-0800
**Email Address**: timothy.m.gerber@hsi.dhs.gov

Subpoena# 2026R00046-0023

## GUIDELINES FOR ELECTRONIC DOCUMENTS, AUDIO, AND VIDEO

You are providing items that will be electronically organized with other documents and files. To facilitate this process, and make the information you provide useful, it is important that the information be provided in **standard electronic format**.

### PREFERRED FORMAT FOR ELECTRONIC DOCUMENTS

- We strongly discourage you from providing the documents in proprietary formats that require the use of specialized software to decrypt, view, or export the documents into useable formats. If you must use this format see the guidelines below.
- Documents should be provided in native format (see table below.)
- If native format is not available, or is not in the table below as a preferred format, then provide documents in PDF or multi-page TIF format.
    - One PDF or TIF file per document.
    - No embedded files within PDF files.
    - Printing and editing of PDF files must not be restricted.
    - No proprietary viewers.
    - Encryption, if used, should be in WinZip, True Crypt, or PDF format.

| Type of Document | Preferred Format | Acceptable Format |
|---|---|---|
| Word Processor | DOC, DOCX, WPD, TXT | TXT, RTF, PDF, Multipage TIF |
| Spreadsheet | XLS, XLSX, CSV | |
| Email | PST, EML, MSG | |
| Database | PDF, TIF, JPG | |
| Pictures | JPG, PNG, TIFF, PDF | |

### PREFERRED FORMAT FOR AUDIO AND VIDEO FILES

- Do not provide audio or video in proprietary format that requires the use of specialized software to view or export the audio or video into useable formats.

| Type of Document | Preferred Format | Acceptable Format |
|---|---|---|
| Audio | WAV, MP3 | CDA(CD Audio Format) |
| Video | AVI, WMV, MPG | DVD Movie Format (AUDIO_TS and/or VIDEO_TS folders) |

### PROPRIETARY SOFTWARE FOR VIEWING DOCUMENTS, AUDIO, OR VIDEO FILES (if you must)

- **Do not** provide any items in any proprietary format that requires **the installation of software** on our computers.
- Standalone viewers that can run **without being installed** are acceptable **only if they provide an easy method for exporting the items into the standard electronic formats** indicated above. We prefer not to use the viewers as it takes substantially more time to review these documents.

### IF YOU CANNOT MEET THESE REQUIREMENTS, OR YOU HAVE QUESTIONS

Please contact the Requesting AUSA if you have questions or if there is a compelling reason why the electronic records cannot be provided in one of these formats.

Subpoena# 2026R00046-0023

# Certificate of Authenticity

Pursuant to Federal Rules of Evidence 803(6) and 902(11) regarding certified domestic records of regularly conducted activity, I hereby certify:

1. I am employed by ________________________________________(“the Business”) and am a person designated by the Business as a custodian of records with the authority to make this certificate.
2. I hereby certify that each memorandum, report, record, video and/or data compilation (collectively “document”) herewith is a record made and retained by the Business.
3. I further certify that the information in each attached document was made at or near the time of the occurrence of the matters set forth, by or from information transmitted by, a person with knowledge of those matters.
4. I further certify that each attached document was kept in the course of the regularly conducted activity of the Business.
5. I further certify that it is the regular practice of the Business to make and retain each attached document.
6. Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Date: ________________

____________________________

Signature

____________________________

Name of Records Custodian

# Exhibit 8

Subpoena# 2026R00046-0024

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT

for the

District of Minnesota

## SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To: Google LLC (YouTube)
1600 Amphitheatre Parkway
Mountain View, CA 94043
844-383-8524

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: | Date and Time: |
|---|---|
| U.S. COURTHOUSE, MINNEAPOLIS<br>300 SOUTH FOURTH STREET<br>MINNEAPOLIS, MN 55415 | 5/5/2026 09:00 AM |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

**See Attachment to the Grand Jury Subpoena**

**Compliance with this subpoena may be achieved by appearing before the Grand Jury on the date and time specified with the records; OR by providing the requested documents in ELECTRONIC FORMAT ONLY to timothy.m.gerber@hsi.dhs.gov referencing subpoena number 2026R00046-0024.**

Date: 4/14/2026

*CLERK OF COURT*

[Seal: U.S. District Court, District of Minnesota] Kate M. Fogarty

Kate M. Fogarty, Clerk of Court

The name, address, e-mail, and telephone number of the United States Attorney, or Assistant United States Attorney, who requests this subpoena, are;

Kristian C. Weir, AUSA
300 South Fourth Street, Suite 600
Minneapolis, MN 55415

*Should you have any questions regarding this subpoena, please see page 3 for contact information specific to your question(s).*

Subpoena# 2026R00046-0024



## PROOF OF SERVICE

This subpoena for *(name of individual or organization)* ______________________________

was received by me on *(date)* ____________________.

❒ I served the subpoena by delivering a copy to the named person as follows: ____________________

______________________________________________________________________

______________________________________________ on *(date)* ________________ ; or

❒ I returned the subpoena unexecuted because: ________________________________________

______________________________________________________________________ .

I declare under penalty of perjury that this information is true.

Date: ____________________

______________________________
*Server's Signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc:

Subpoena# 2026R00046-0024

## *Attachment to the Grand Jury Subpoena*

### COMPLIANCE

The United States grand jury authorizes the custodian of the records, which are the subject of this grand jury subpoena *duces tecum*, to comply with this subpoena by providing the records as directed on this Attachment together with the completed and signed Certificate of Authenticity.

**All documents must be produced electronically.** If there is a compelling reason why the records cannot be provided electronically you must contact the requesting Agent to obtain approval.

CONFIDENTIALITY REQUEST. The United States grand jury requests that you not provide any information about this grand jury subpoena to third parties. Third parties include the affected customers and any person named in this grand jury subpoena. Any disclosure to third parties could impede the investigation being conducted and interfere with the enforcement of federal criminal law.

| CONTACT INFORMATION | |
|---|---|
| **Requesting AGENT** (regarding documents or items) | **Financial Officer** (reimbursement or invoicing) |
| Timothy M. Gerber<br>Homeland Security Investigations<br>timothy.m.gerber@hsi.dhs.gov<br>612-456-0800 | Daniel Schiller<br>612-664-5661<br>or<br>Sarah Baggott<br>612-664-5752 |

### STEPS TO COMPLIANCE

- ❒ Read the Description of documents and/or items to be produced found on the next page of this Attachment.
- ❒ If you have questions about the documents or items being requested, contact the Requesting Agent.
- ❒ Pursuant to the right to Financial Privacy Act, Title 12, United States Code, Section 3415, financial institutions may be reimbursed for necessary costs actually incurred for copies of subpoenaed financial records. Reimbursement may only be made in connection with financial records pertaining to accounts of individuals or partnerships of five or fewer partners.
  - If eligible, determine if the documents or items can be produced for less than $200. If not, you must contact a Financial Officer listed above and obtain prior-approval for the additional amount.
- ❒ Produce the documents and other items in electronic format. You will not be reimbursed for items which are not produced in electronic format, or which are produced in an electronic format different from that specified in the included Guidelines For Electronic Documents, Audio, and Video, unless you have obtained prior-approval from the Requesting Agent.
- ❒ Complete and sign the Certificate of Authenticity, and include it with the produced documents and items.
- ❒ If you are eligible for reimbursement, complete and sign the form USA-211 or USA-212 included with this subpoena, and submit it to the address indicated in box 5 or e-mail to USAMN.Budget@usdoj.gov.
- ❒ Deliver the documents to the requesting AUSA named on the bottom of the first page of this subpoena, in person or to the email address timothy.m.gerber@hsi.dhs.gov

(continued on next page)

Subpoena# 2026R00046-0024

***Attachment to the Grand Jury Subpoena - Continued***

Description of documents and/or items to be produced.

From the date of inception through present for any and all accounts in the name, or for the individual or entities listed in Section A below, please produce any and all documents and records, including but not limited to those set forth in Section B below:

**A. Individual/Entity/Account:**

**Name**: The username: TheDonLemonShow, GeorgiaFort, ickedmel

**B. Records To Be Produced:**

1. Subscriber information
2. Subscriber name
3. IP address information
4. Associated subscriber payment information
5. Subscriber registration information
6. Associated subscriber email address(es) information
7. Associated subscriber phone number(s) information

## Subpoena response can be sent to the email below:

Special Agent Timothy Gerber
Homeland Security Investigations
1 Federal Drive, Suite 1340, Fort Snelling, MN 55111 / Cell: (612) 456-0800
**Email Address**: timothy.m.gerber@hsi.dhs.gov

Subpoena# 2026R00046-0024

## GUIDELINES FOR ELECTRONIC DOCUMENTS, AUDIO, AND VIDEO

You are providing items that will be electronically organized with other documents and files. To facilitate this process, and make the information you provide useful, it is important that the information be provided in **standard electronic format**.

### PREFERRED FORMAT FOR ELECTRONIC DOCUMENTS

- We strongly discourage you from providing the documents in proprietary formats that require the use of specialized software to decrypt, view, or export the documents into useable formats. If you must use this format see the guidelines below.
- Documents should be provided in native format (see table below.)
- If native format is not available, or is not in the table below as a preferred format, then provide documents in PDF or multi-page TIF format.
  - One PDF or TIF file per document.
  - No embedded files within PDF files.
  - Printing and editing of PDF files must not be restricted.
  - No proprietary viewers.
  - Encryption, if used, should be in WinZip, True Crypt, or PDF format.

| Type of Document | Preferred Format | Acceptable Format |
|---|---|---|
| Word Processor | DOC, DOCX, WPD, TXT | TXT, RTF, PDF, Multipage TIF |
| Spreadsheet | XLS, XLSX, CSV | |
| Email | PST, EML, MSG | |
| Database | PDF, TIF, JPG | |
| Pictures | JPG, PNG, TIFF, PDF | |

### PREFERRED FORMAT FOR AUDIO AND VIDEO FILES

- Do not provide audio or video in proprietary format that requires the use of specialized software to view or export the audio or video into useable formats.

| Type of Document | Preferred Format | Acceptable Format |
|---|---|---|
| Audio | WAV, MP3 | CDA(CD Audio Format) |
| Video | AVI, WMV, MPG | DVD Movie Format (AUDIO_TS and/or VIDEO_TS folders) |

### PROPRIETARY SOFTWARE FOR VIEWING DOCUMENTS, AUDIO, OR VIDEO FILES (if you must)

- **Do not** provide any items in any proprietary format that requires **the installation of software** on our computers.
- Standalone viewers that can run **without being installed** are acceptable **only if they provide an easy method for exporting the items into the standard electronic formats** indicated above. We prefer not to use the viewers as it takes substantially more time to review these documents.

### IF YOU CANNOT MEET THESE REQUIREMENTS, OR YOU HAVE QUESTIONS

Please contact the Requesting AUSA if you have questions or if there is a compelling reason why the electronic records cannot be provided in one of these formats.

Subpoena# 2026R00046-0024

# Certificate of Authenticity

Pursuant to Federal Rules of Evidence 803(6) and 902(11) regarding certified domestic records of regularly conducted activity, I hereby certify:

1. I am employed by ______________________________ ("the Business") and am a person designated by the Business as a custodian of records with the authority to make this certificate.

2. I hereby certify that each memorandum, report, record, video and/or data compilation (collectively "document") herewith is a record made and retained by the Business.

3. I further certify that the information in each attached document was made at or near the time of the occurrence of the matters set forth, by or from information transmitted by, a person with knowledge of those matters.

4. I further certify that each attached document was kept in the course of the regularly conducted activity of the Business.

5. I further certify that it is the regular practice of the Business to make and retain each attached document.

6. Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Date: ______________

______________________
Signature

______________________
Name of Records Custodian