# Exhibit 9

Subpoena# 2026R00046-0036

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT

for the

District of Minnesota

## SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To: Google LLC
1600 Amphitheatre Parkway
Mountain View, CA 94043
844-383-8524

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: | Date and Time: |
|---|---|
| U.S. COURTHOUSE, MINNEAPOLIS<br>300 SOUTH FOURTH STREET<br>MINNEAPOLIS, MN 55415 | 5/5/2026 09:00 AM |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

**See Attachment to the Grand Jury Subpoena**

**Compliance with this subpoena may be achieved by appearing before the Grand Jury on the date and time specified with the records; OR by providing the requested documents in ELECTRONIC FORMAT ONLY to timothy.m.gerber@hsi.dhs.gov referencing subpoena number 2026R00046-0036.**

Date: 4/14/2026

*CLERK OF COURT*

Kate M. Fogarty

Kate M. Fogarty, Clerk of Court

The name, address, e-mail, and telephone number of the United States Attorney, or Assistant United States Attorney, who requests this subpoena, are;

Kristian C. Weir, AUSA
300 South Fourth Street, Suite 600
Minneapolis, MN 55415

***Should you have any questions regarding this subpoena, please see page 3 for contact information specific to your question(s).***

## PROOF OF SERVICE

This subpoena for *(name of individual or organization)* ____________________

was received by me on *(date)* ____________.

❐ I served the subpoena by delivering a copy to the named person as follows: ____________________

____________________________________________

____________________________________ on *(date)* ____________ ; or

❐ I returned the subpoena unexecuted because: ____________________

____________________________________________ .

I declare under penalty of perjury that this information is true.

Date: ____________

____________________
*Server's Signature*

____________________
*Printed name and title*

____________________
*Server's address*

Additional information regarding attempted service, etc:

Subpoena# 2026R00046-0036

## Attachment to the Grand Jury Subpoena

### COMPLIANCE

The United States grand jury authorizes the custodian of the records, which are the subject of this grand jury subpoena *duces tecum*, to comply with this subpoena by providing the records as directed on this Attachment together with the completed and signed Certificate of Authenticity.

**All documents must be produced electronically.** If there is a compelling reason why the records cannot be provided electronically you must contact the requesting Agent to obtain approval.

CONFIDENTIALITY REQUEST. The United States grand jury requests that you not provide any information about this grand jury subpoena to third parties. Third parties include the affected customers and any person named in this grand jury subpoena. Any disclosure to third parties could impede the investigation being conducted and interfere with the enforcement of federal criminal law.

| CONTACT INFORMATION | |
|---|---|
| **Requesting AGENT** (regarding documents or items) | **Financial Officer** (reimbursement or invoicing) |
| Timothy M. Gerber<br>Homeland Security Investigations<br>timothy.m.gerber@hsi.dhs.gov<br>612-456-0800 | Daniel Schiller<br>612-664-5661<br>or<br>Sarah Baggott<br>612-664-5752 |

### STEPS TO COMPLIANCE

- ❐ Read the Description of documents and/or items to be produced found on the next page of this Attachment.
- ❐ If you have questions about the documents or items being requested, contact the Requesting Agent.
- ❐ Pursuant to the right to Financial Privacy Act, Title 12, United States Code, Section 3415, financial institutions may be reimbursed for necessary costs actually incurred for copies of subpoenaed financial records. Reimbursement may only be made in connection with financial records pertaining to accounts of individuals or partnerships of five or fewer partners.
  - If eligible, determine if the documents or items can be produced for less than $200. If not, you must contact a Financial Officer listed above and obtain prior-approval for the additional amount.
- ❐ Produce the documents and other items in electronic format. You will not be reimbursed for items which are not produced in electronic format, or which are produced in an electronic format different from that specified in the included Guidelines For Electronic Documents, Audio, and Video, unless you have obtained prior-approval from the Requesting Agent.
- ❐ Complete and sign the Certificate of Authenticity, and include it with the produced documents and items.
- ❐ If you are eligible for reimbursement, complete and sign the form USA-211 or USA-212 included with this subpoena, and submit it to the address indicated in box 5 or e-mail to USAMN.Budget@usdoj.gov.
- ❐ Deliver the documents to the requesting AUSA named on the bottom of the first page of this subpoena, in person or to the email address timothy.m.gerber@hsi.dhs.gov

(continued on next page)

Subpoena# 2026R00046-0036

## *Attachment to the Grand Jury Subpoena - Continued*

Description of documents and/or items to be produced.

From the date of inception through present for any and all accounts in the name, or for the individual or entities listed in Section A below, please produce any and all documents and records, including but not limited to those set forth in Section B below:

**A. Individual/Entity/Account:**

Google

Accounts related to:

TrahernCrews@Gmail.com

**B. Records To Be Produced:**

1. Subscriber information
2. Subscriber name
3. IP address information
4. Associated subscriber payment information
5. Subscriber registration information
6. Associated subscriber email address(es) information
7. Associated subscriber phone number(s) information

## Subpoena response can be sent to the email below:

Special Agent Timothy Gerber
Homeland Security Investigations
1 Federal Drive, Suite 1340, Fort Snelling, MN 55111 / Cell: (612) 456-0800
**Email Address**: timothy.m.gerber@hsi.dhs.gov

Subpoena# 2026R00046-0036

## GUIDELINES FOR ELECTRONIC DOCUMENTS, AUDIO, AND VIDEO

You are providing items that will be electronically organized with other documents and files. To facilitate this process, and make the information you provide useful, it is important that the information be provided in **standard electronic format**.

### PREFERRED FORMAT FOR ELECTRONIC DOCUMENTS

- We strongly discourage you from providing the documents in proprietary formats that require the use of specialized software to decrypt, view, or export the documents into useable formats. If you must use this format see the guidelines below.
- Documents should be provided in native format (see table below.)
- If native format is not available, or is not in the table below as a preferred format, then provide documents in PDF or multi-page TIF format.
  - One PDF or TIF file per document.
  - No embedded files within PDF files.
  - Printing and editing of PDF files must not be restricted.
  - No proprietary viewers.
  - Encryption, if used, should be in WinZip, True Crypt, or PDF format.

| Type of Document | Preferred Format | Acceptable Format |
|---|---|---|
| Word Processor | DOC, DOCX, WPD, TXT | TXT, RTF, PDF, Multipage TIF |
| Spreadsheet | XLS, XLSX, CSV | |
| Email | PST, EML, MSG | |
| Database | PDF, TIF, JPG | |
| Pictures | JPG, PNG, TIFF, PDF | |

### PREFERRED FORMAT FOR AUDIO AND VIDEO FILES

- Do not provide audio or video in proprietary format that requires the use of specialized software to view or export the audio or video into useable formats.

| Type of Document | Preferred Format | Acceptable Format |
|---|---|---|
| Audio | WAV, MP3 | CDA(CD Audio Format) |
| Video | AVI, WMV, MPG | DVD Movie Format (AUDIO_TS and/or VIDEO_TS folders) |

### PROPRIETARY SOFTWARE FOR VIEWING DOCUMENTS, AUDIO, OR VIDEO FILES (if you must)

- **Do not** provide any items in any proprietary format that requires **the installation of software** on our computers.
- Standalone viewers that can run **without being installed** are acceptable **only if they provide an easy method for exporting the items into the standard electronic formats** indicated above. We prefer not to use the viewers as it takes substantially more time to review these documents.

### IF YOU CANNOT MEET THESE REQUIREMENTS, OR YOU HAVE QUESTIONS

Please contact the Requesting AUSA if you have questions or if there is a compelling reason why the electronic records cannot be provided in one of these formats.

Subpoena# 2026R00046-0036

# Certificate of Authenticity

Pursuant to Federal Rules of Evidence 803(6) and 902(11) regarding certified domestic records of regularly conducted activity, I hereby certify:

1. I am employed by ______________________________________("the Business") and am a person designated by the Business as a custodian of records with the authority to make this certificate.

2. I hereby certify that each memorandum, report, record, video and/or data compilation (collectively "document") herewith is a record made and retained by the Business.

3. I further certify that the information in each attached document was made at or near the time of the occurrence of the matters set forth, by or from information transmitted by, a person with knowledge of those matters.

4. I further certify that each attached document was kept in the course of the regularly conducted activity of the Business.

5. I further certify that it is the regular practice of the Business to make and retain each attached document.

6. Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Date: ________________

__________________________
Signature

__________________________
Name of Records Custodian

# Exhibit 10

Subpoena# 2026R00046-0037

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

## SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To: Google LLC
1600 Amphitheatre Parkway
Mountain View, CA 94043
844-383-8524

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: | Date and Time: |
|---|---|
| U.S. COURTHOUSE, MINNEAPOLIS<br>300 SOUTH FOURTH STREET<br>MINNEAPOLIS, MN 55415 | 5/5/2026 09:00 AM |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

**See <u>Attachment to the Grand Jury Subpoena</u>**

**Compliance with this subpoena may be achieved by appearing before the Grand Jury on the date and time specified with the records; OR by providing the requested documents in ELECTRONIC FORMAT ONLY to timothy.m.gerber@hsi.dhs.gov referencing subpoena number 2026R00046-0037.**

Date: 4/14/2026

*CLERK OF COURT*

Kate M. Fogarty

Kate M. Fogarty, Clerk of Court

The name, address, e-mail, and telephone number of the United States Attorney, or Assistant United States Attorney, who requests this subpoena, are;

Kristian C. Weir, AUSA
300 South Fourth Street, Suite 600
Minneapolis, MN 55415

***Should you have any questions regarding this subpoena, please see page 3 for contact information specific to your question(s).***

Subpoena# 2026R00046-0037



## PROOF OF SERVICE

This subpoena for *(name of individual or organization)* ______________________________

was received by me on *(date)* ____________________.

☐ I served the subpoena by delivering a copy to the named person as follows: ____________________

______________________________________________________________

______________________________ on *(date)* ______________ ; or

☐ I returned the subpoena unexecuted because: ______________________________

______________________________________________________________.

I declare under penalty of perjury that this information is true.

Date: ____________________

______________________________
*Server's Signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc:

Subpoena# 2026R00046-0037

## Attachment to the Grand Jury Subpoena

### COMPLIANCE

The United States grand jury authorizes the custodian of the records, which are the subject of this grand jury subpoena *duces tecum*, to comply with this subpoena by providing the records as directed on this Attachment together with the completed and signed Certificate of Authenticity.

**All documents must be produced electronically.** If there is a compelling reason why the records cannot be provided electronically you must contact the requesting Agent to obtain approval.

CONFIDENTIALITY REQUEST. The United States grand jury requests that you not provide any information about this grand jury subpoena to third parties. Third parties include the affected customers and any person named in this grand jury subpoena. Any disclosure to third parties could impede the investigation being conducted and interfere with the enforcement of federal criminal law.

| CONTACT INFORMATION | |
|---|---|
| **Requesting AGENT** (regarding documents or items) | **Financial Officer** (reimbursement or invoicing) |
| Timothy M. Gerber<br>Homeland Security Investigations<br>timothy.m.gerber@hsi.dhs.gov<br>612-456-0800 | Daniel Schiller<br>612-664-5661<br>or<br>Sarah Baggott<br>612-664-5752 |

### STEPS TO COMPLIANCE

- ☐ Read the Description of documents and/or items to be produced found on the next page of this Attachment.
- ☐ If you have questions about the documents or items being requested, contact the Requesting Agent.
- ☐ Pursuant to the right to Financial Privacy Act, Title 12, United States Code, Section 3415, financial institutions may be reimbursed for necessary costs actually incurred for copies of subpoenaed financial records. Reimbursement may only be made in connection with financial records pertaining to accounts of individuals or partnerships of five or fewer partners.
  - If eligible, determine if the documents or items can be produced for less than $200. If not, you must contact a Financial Officer listed above and obtain prior-approval for the additional amount.
- ☐ Produce the documents and other items in electronic format. You will not be reimbursed for items which are not produced in electronic format, or which are produced in an electronic format different from that specified in the included Guidelines For Electronic Documents, Audio, and Video, unless you have obtained prior-approval from the Requesting Agent.
- ☐ Complete and sign the Certificate of Authenticity, and include it with the produced documents and items.
- ☐ If you are eligible for reimbursement, complete and sign the form USA-211 or USA-212 included with this subpoena, and submit it to the address indicated in box 5 or e-mail to USAMN.Budget@usdoj.gov.
- ☐ Deliver the documents to the requesting AUSA named on the bottom of the first page of this subpoena, in person or to the email address timothy.m.gerber@hsi.dhs.gov

(continued on next page)

Subpoena# 2026R00046-0037

## *Attachment to the Grand Jury Subpoena - Continued*

Description of documents and/or items to be produced.

From the date of inception through present for any and all accounts in the name, or for the individual or entities listed in Section A below, please produce any and all documents and records, including but not limited to those set forth in Section B below:

**A. Individual/Entity/Account:**

Google

Accounts related to:

williamkelly25ID@gmail.com

**B. Records To Be Produced:**

1. Subscriber information
2. Subscriber name
3. IP address information
4. Associated subscriber payment information
5. Subscriber registration information
6. Associated subscriber email address(es) information
7. Associated subscriber phone number(s) information

## Subpoena response can be sent to the email below:

Special Agent Timothy Gerber
Homeland Security Investigations
1 Federal Drive, Suite 1340, Fort Snelling, MN 55111 / Cell: (612) 456-0800
**Email Address**: timothy.m.gerber@hsi.dhs.gov

Subpoena# 2026R00046-0037

## GUIDELINES FOR ELECTRONIC DOCUMENTS, AUDIO, AND VIDEO

You are providing items that will be electronically organized with other documents and files. To facilitate this process, and make the information you provide useful, it is important that the information be provided in standard electronic format.

### PREFERRED FORMAT FOR ELECTRONIC DOCUMENTS

- We strongly discourage you from providing the documents in proprietary formats that require the use of specialized software to decrypt, view, or export the documents into useable formats. If you must use this format see the guidelines below.
- Documents should be provided in native format (see table below.)
- If native format is not available, or is not in the table below as a preferred format, then provide documents in PDF or multi-page TIF format.
    - One PDF or TIF file per document.
    - No embedded files within PDF files.
    - Printing and editing of PDF files must not be restricted.
    - No proprietary viewers.
    - Encryption, if used, should be in WinZip, True Crypt, or PDF format.

| Type of Document | Preferred Format | Acceptable Format |
|---|---|---|
| Word Processor | DOC, DOCX, WPD, TXT | TXT, RTF, PDF, Multipage TIF |
| Spreadsheet | XLS, XLSX, CSV | |
| Email | PST, EML, MSG | |
| Database | PDF, TIF, JPG | |
| Pictures | JPG, PNG, TIFF, PDF | |

### PREFERRED FORMAT FOR AUDIO AND VIDEO FILES

- Do not provide audio or video in proprietary format that requires the use of specialized software to view or export the audio or video into useable formats.

| Type of Document | Preferred Format | Acceptable Format |
|---|---|---|
| Audio | WAV, MP3 | CDA(CD Audio Format) |
| Video | AVI, WMV, MPG | DVD Movie Format (AUDIO_TS and/or VIDEO_TS folders) |

### PROPRIETARY SOFTWARE FOR VIEWING DOCUMENTS, AUDIO, OR VIDEO FILES (if you must)

- Do not provide any items in any proprietary format that requires the installation of software on our computers.
- Standalone viewers that can run without being installed are acceptable only if they provide an easy method for exporting the items into the standard electronic formats indicated above. We prefer not to use the viewers as it takes substantially more time to review these documents.

### IF YOU CANNOT MEET THESE REQUIREMENTS, OR YOU HAVE QUESTIONS

Please contact the Requesting AUSA if you have questions or if there is a compelling reason why the electronic records cannot be provided in one of these formats.

Subpoena# 2026R00046-0037

# Certificate of Authenticity

Pursuant to Federal Rules of Evidence 803(6) and 902(11) regarding certified domestic records of regularly conducted activity, I hereby certify:

1. I am employed by ________________________________________("the Business") and am a person designated by the Business as a custodian of records with the authority to make this certificate.
2. I hereby certify that each memorandum, report, record, video and/or data compilation (collectively "document") herewith is a record made and retained by the Business.
3. I further certify that the information in each attached document was made at or near the time of the occurrence of the matters set forth, by or from information transmitted by, a person with knowledge of those matters.
4. I further certify that each attached document was kept in the course of the regularly conducted activity of the Business.
5. I further certify that it is the regular practice of the Business to make and retain each attached document.
6. Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Date: __________________

____________________________
Signature

____________________________
Name of Records Custodian

**U.S. Department of Justice**
Washington, D.C. 20530

Request for Communications Content, Records or Other Information Under the Electronic Communications Privacy Act (ECPA). (Authorization, Purchase Order and Receiving Report)

This form shall only be used when requesting communications content, records, or other information from electronic communications or remote computing service providers under the ECPA.

| 1. Tracking Number: R26MNXS0567 | 2. Date Order Prepared: 4/14/2026 | 3. USAO Number: 2026R00046-0037 |
|---|---|---|

**Section A - Authorization and Purchase Order**

4. Name and Address of Service Provider:
Google LLC, 1600 Amphitheatre Parkway, Mountain View CA 94043

| 5. Deliver Records To: **U.S. Attorney's Office, Attn: AUSA Kristian C. Weir 300 South Fourth Street, Suite 600, Minneapolis, MN 55415** | Send This Completed Form To: Same as Box #5 or email to usamn.budget@usdoj.gov | 6. Return Date: 5/5/2026 |
|---|---|---|

7. Remarks: Do not proceed with compliance if the total cost will exceed $100.00 without prior approval. To obtain approval, please call Daniel Schiller (612-664-5661) or Sarah Baggott (612-664-5752). If invoicing for these services is expected to exceed 120 days, please notify the United States Attorney's Office immediately to ensure funds remain available for payment. Please see the attached subpoena, and subpoena attachments for additional information on invoicing and other requirements for reimbursement.

| 8. Name of Requestor: *(Type or Print)* Kristian C. Weir | 9. Telephone Number: 612-664-5600 | 10. Date of request: 4/14/2026 |
|---|---|---|

**Section B – ECPA Service Provider Invoice**

No Payment Shall Be Made Unless Expenses Are Itemized Below Or Set Forth On Your Attached Invoice.

| 11A Invoice Number:<br>11B Tax ID Number: | Quantity | Unit Price | | Amount |
|---|---|---|---|---|
| | | Cost | Per | |
| 11C Service(s)/Records Provided:<br><br>The costs above (or on the attached invoice) represent direct costs and have been incurred in searching for, assembling, reproducing or otherwise providing the requested information. | | | | |

| 12. Signature of Service Provider Representative: | 13. Date Signed: | Total Amount Claimed By Service Provider | |
|---|---|---|---|
| **Section C - Receiving Report** | | 16. Disallowance *(See Attached)* | |
| 14. I certify that the articles and services listed were received: | 15. Date Received: | 17. Net to Service Provider | |

18. Electronic Communications Privacy Act – Public Law 99-508
(18 U.S.C. 2701-2712) Request Pursuant To: *(Only One Section on the Left Should be Checked)*

| SECTION | | OBJECT CLASS |
|---|---|---|
| ☐ 2702 | Voluntary Disclosure | 2570 |
| ☐ 2703 | Compelled Disclosure | 2570 |
| | ☐ Search Warrant | 2570 |
| | ☐ Grand Jury Subpoena | 2570 |
| | ☐ Court Order | 2570 |
| | ☐ Administrative or Judicial Subpoena | 2570 |
| ☐ 2704 | Request for Information Following Preservation | 2570 |

19. Signature of Approving Official: Date:

20. Funding Source:
Accounting Code:
Program:

21. Other Accounting/Fund Information:
Program Code: Project Code:
YREGDOC:
Call Number (if applicable):
OBL Month (YRMO):
Tax ID Number:

22 Remarks:

The costs above(or on the attached invoice) appear to be reasonably necessary and to have been directly incurred in searching for, assembling, reproducing or otherwise providing requested information.

Signature of the United States Attorney's Office Representative Date

# Exhibit 11

X

Post

**AAGHarmeetDhillon**
@AAGDhillon

The @CivilRights is investigating the potential violations of the federal FACE Act by these people desecrating a house of worship and interfering with Christian worshippers. [illegible]

This post is unavailable.

4:38 PM · Jan 18, 2026 · **3.8M** Views

3.8K [illegible] [illegible] [illegible]

**Read 3.8K replies**

## New to X?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

**Create account**

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**AAGHarmeetDhi...** @AAGDhillon **Follow**
AAG @CivilRights [illegible] serving under [illegible] & @realDonaldTrump. DOJ privacy policy: justice.gov/doj/privacy-po...

## What's happening

Only on X · Trending
**#AlertaSismica**

Only on X · Trending
**#sismo**

Only on X · Trending
**#Leipzig**

Politics · Trending
**Suvendu Adhikari**

Show more

Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads info | More ... © 2026 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in Sign up

# Exhibit 12

Post

**Attorney General Pamela Bondi**
@AGPamBondi

Minutes ago at my direction, [illegible] and [illegible] agents executed an arrest in Minnesota.

So far, we have arrested Nekima Levy Armstrong, who allegedly played a key role in organizing the coordinated attack on Cities Church in St. Paul, Minnesota.

We will share more updates as they become available.

Listen loud and clear: WE DO NOT TOLERATE ATTACKS ON PLACES OF WORSHIP.

**6.5M** Views

Read 9.3K replies

## New to X?

Sign up with Google

Sign up with Apple

Create account

## Relevant people

**Attorney Genera...**
@AGPamBondi
Follow
87th Attorney General serving under the leadership of [illegible] Trump

## What's happening

Only on X · Trending
**#AlertaSismica**

Only on X · Trending
**#sismo**

Only on X · Trending
**#Leipzig**

Politics · Trending
**Suvendu Adhikari**

**Don't miss what's happening**
People on X are the first to know.
Log in
Sign up

# Exhibit 13

X

← **Post**

**Attorney General Pamela Bondi**
@AGPamBondi

UPDATE: A second arrest has been made at my direction. Chauntyll Louisa Allen has been taken into custody.

More to come.

WE WILL PROTECT OUR HOUSES OF WORSHIP

9:50 AM · Jan 22, 2026 · **2M** Views

4.4K

**Read 4.4K replies**


**New to X?**

Sign up with Google

Sign up with Apple

**Create account**

**Relevant people**

**Attorney Genera...** @AGPamBondi **Follow**
87th Attorney General serving under the leadership of @POTUS Trump

**What's happening**

Business and finance · Trending
**SASE**

Sports · Trending
**Natasha Cloud**

Trending in United States
**May the 4th**

Entertainment · Trending
**Alderaan**

Show more

**Don't miss what's happening**
People on X are the first to know.

Log in **Sign up**

# Exhibit 14

X

← **Post**

**Kristi Noem**
@KristiNoem

Homeland Security Investigators and FBI agents arrested Nekima Levy Armstrong who played a key role in orchestrating the Church Riots in St. Paul, Minnesota.

She is being charged with a federal crime under 18 USC 241.

Religious freedom is the bedrock of the United States – there is no first amendment right to obstruct someone from practicing their religion.



10:23 AM · Jan 22, 2026 · **641.9K** Views

2.6K 5.2K 25K 421

**Read 2.6K replies**

**New to X?**

Sign up with Google

Sign up with Apple

**Create account**

**Relevant people**

**Kristi Noem**
@KristiNoem
Follow

Wife, mother, grandma, farmer, rancher, and small business owner. Secretary of the U.S. Department of Homeland Security. Former Governor of South Dakota.

**What's happening**

**#AlertaSismica**

Only on X · Trending
**#sismo**

**#Leipzig**

**Suvendu Adhikari**

**Don't miss what's happening**
People on X are the first to know.

Log in Sign up