**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

IN RE GRAND JURY SUBPOENAS NOS. 2026R00046-0010, 2026R00046-0019, 2026R00046-0021, 2026R00046-0022, 2026R00046-0023, 2026R00046-0024, 2026R00046-0036, and 2026R00046-0037.

Case No. [redacted]

**ORDER UNDER SEAL**

**IT IS HEREBY ORDERED** that no later than September 18, 2026, the United States shall respond to Google's September 3, 2026 motion to unseal the briefing and orders related to and flowing from Google's original May 5, 2026 motion to vacate or modify the nondisclosure order.

Dated: September 4, 2026

*s/Laura M. Provinzino*
Laura M. Provinzino
United States District Judge

FILED 9|4|2026
KATE M. FOGARTY
JUDGMENT ENTD
DEPUTY CLERK SAD