[redacted]

WILMERHALE

**FILED UNDER SEAL**

Ari Holtzblatt

+1 202 663 6000 (t)
+1 202 663 6363 (f)
ari.holtzblatt@wilmerhale.com

RECEIVED

OCT 20 2026

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

October 20, 2026

Hon. Laura M. Provinzino
U.S. District Judge, District of Minnesota
Courtroom 3A
United States District Court
316 N. Robert Street
St. Paul, MN 55101

Re: ***In re Grand Jury Subpoenas Nos. 2026R00046-0010, 2026R00046-0019, 2026R00046-0021, 2026R00046-0022, 2026R00046-0023, 2026R00046-0024, 2026R00046-0036, and 2026R00046-0037*, No.** [redacted]

Dear Judge Provinzino:

I write on behalf of Google LLC ("Google") to respectfully request that the Court rule on Google's unopposed motion to unseal the briefing and orders regarding the government's non-disclosure order.

Google is committed to communicating transparently with the public about how government policies and actions affect the privacy of user information. That commitment is reflected in the transparency reports that Google publishes to keep the public informed about government requests for user information. And consistent with that commitment, Google moved to unseal the briefing and orders regarding the non-disclosure order on September 3, 2026. On September 18, 2026, the government filed a response stating that, "*to the extent that* the Court finds Google's motion does not relate directly to matters that occurred in session before the grand jury *and* is thus properly cabined as a matter 'collateral' to those still-secret proceedings, the Government does not oppose Google's motion to unseal the pleadings filed in connection with its challenge to the omnibus NDO." Gov't Resp. to Mot. to Unseal at 4 (emphasis original). The government's response thus confirmed that it does not oppose the relief Google seeks.

The government's investigation remains a matter of public interest. However, because these documents remain under seal, the public does not have the full picture regarding the investigation. Granting the unopposed relief Google seeks in its motion would therefore serve the public's interest in transparency.

FILED 10/20/26
KATE M. FOGARTY

JUDGMENT ENTD ______
DEPUTY CLERK CDD

Sincerely,

/s/ *Ari Holtzblatt*
Ari Holtzblatt